IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ming Wei,                                          :
                              Petitioner           :
                                                   :
            v.                                     :          No. 64 C.D. 2021
                                                   :
Department of Health                               :
(State Civil Service Commission),                  :
                              Respondent           :


**PER CURIAM**                    **O R D E R**


        NOW, August 31, 2022, upon consideration of Petitioner's
application for reconsideration, the application is denied.